UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARMELITA UNDERWOOD,

        Plaintiff,

-vs-                                         Case No. 6:12-cv-1128-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration without oral argument on review of the Commissioner's administrative decision to deny Plaintiff's application for Supplemental Security Income payments. For the reasons set forth herein, it is **respectfully recommended** that the decision of the Commissioner be **AFFIRMED**.

## Procedural History

    Plaintiff filed an application for Supplemental Security Income on December 30, 2008, alleging an onset date of January 1, 1971 (R. 129-36). Her application was denied initially and on reconsideration (R. 77-79, 85-86), and Plaintiff requested and received a hearing before an Administrative Law Judge ("the ALJ") (R. 87-89; 34-67). On September 24, 2010, the ALJ issued a decision denying Plaintiff's application (R. 20-29). The Appeals Council denied Plaintiff's Request for Review (R. 1-6), making the ALJ's decision the final decision of the Commissioner. This action followed, and the matter is now ripe for review under section 1631(c)(3) of the Social Security Act, 42 U.S.C. § 1383(c)(3).

*Approved and so ordered this 2 May '13*
*G. Kendall Sharp*
*U.S. District Judge*